UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JASON TODD GAMBLE,

    Plaintiff,

                                      Case No. 17-cv-964

v.

NANCY A. BERRYHILL,
Acting Commissioner for Social Security,

    Defendant.

ORDER APPROVING STIPULATION AWARDING ATTORNEY'S FEES

Based upon the foregoing Stipulation and the Court's finding that the fees incurred are both reasonable and necessary and qualify under EAJA,

**IT IS HEREBY ORDERED** that an award of attorney fees in the sum of $5,700.00 (five thousand seven hundred dollars and zero cents) and costs in the amount of $0.00 (zero dollars and zero cents) shall be paid by Defendant in full satisfaction and settlement of any and all claims Plaintiff may have pursuant to the Equal Access To Justice Act. These fees are awarded to Plaintiff and not his attorney and can be offset to satisfy pre-existing debts that the litigant owes the United States under *Astrue v. Ratliff*, 130 S. Ct. 2521, 177 L. Ed 2d 9 (2010). If counsel for the parties verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant shall direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Dated this 16th day of August, 2018, at Milwaukee, Wisconsin.

BY THE COURT:

s/ Lynn Adelman
HONORABLE LYNN ADELMAN
United States District Judge